SELRITE PRODUCTS, INC., Respondent, v. MOHAWK METAL TOY COMPANY, INC., Appellant.

*Attachment — jurisdiction of court to issue, before service of summons — domestic corporations.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office May 17, 1923, as resettled by an order entered May 22, 1923, denying defendant's motion to vacate a warrant of attachment.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

CLARKE, P. J. (dissenting): It is quite evident from the papers that no diligent effort was made to serve the director who resided in Brooklyn and owned one-fourth of the stock of the company. One attempt was made during business hours, and no further attempt made during the hours when he could reasonably be supposed to be at his residence. I, therefore, dissent from the affirmance of this order.

MARY KENNEDY, an Infant, by GEORGE KENNEDY, Her Guardian ad Litem, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE T. ROGERS, Respondent, v. JOSEPH H. ADAMS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

GEORGE T. ROGERS, Respondent, v. JOSEPH H. ADAMS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

REPUBLIC OF FRANCE, Appellant, v. MAURICE O'MEARA COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

In the Matter of the Issuance of Letters of Administration upon the Estate of TERENCE KELLY, Deceased.— Orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SPIVAK, Appellant.— Judgment reversed and new trial ordered on the authority of *People v. Zimmer* (174 App. Div. 470; affd., 220 N. Y. 597). Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Finch, J., dissenting. Settle order on notice.

PETER McDERMOTT, Respondent, v. ETHELINDA C. HORTON, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.

EDGAR A. MANNING and Another, Respondents, v. WILLIAM H. BROWNING and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

RICHARD CROKER, JR., Individually and as Trustee, etc., Respondent, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Appellant, Impleaded with ETHEL C. WHITE, Individually